Same case below, 419 Fed. Appx. 700.

**No. 11-5659. Annamarie Riethmiller, Petitioner v. Danuta Fabisiak, et al.**

565 U.S. 948, 132 S. Ct. 407, 181 L. Ed. 2d 267, 2011 U.S. LEXIS 7405, ▮

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5660. Dagoberto Sanchez, Petitioner v. Massachusetts.**

565 U.S. 948, 132 S. Ct. 408, 181 L. Ed. 2d 267, 2011 U.S. LEXIS 7388.

October 11, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 79 Mass. App. 189, 944 N.E.2d 625.

**No. 11-5666. Christina Acker, Petitioner v. Arizona.**

565 U.S. 948, 132 S. Ct. 408, 181 L. Ed. 2d 267, 2011 U.S. LEXIS 7354.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

**No. 11-5667. Kurt Abron, Petitioner v. Gary Swarthout, Warden.**

565 U.S. 948, 132 S. Ct. 408, 181 L. Ed. 2d 267, 2011 U.S. LEXIS 7272.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5668. David Alexander, Petitioner v. Franklin J. Tennis, Superintendent, State Correctional Institution at Rockview, et al.**

565 U.S. 948, 132 S. Ct. 408, 181 L. Ed. 2d 267, 2011 U.S. LEXIS 7378.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5669. Jimmy L. Brown, Petitioner v. Florida.**

565 U.S. 948, 132 S. Ct. 408, 181 L. Ed. 2d 267, 2011 U.S. LEXIS 7309.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5678. Derrick McGee, Petitioner v. Illinois.**

565 U.S. 948, 132 S. Ct. 409, 181 L. Ed. 2d 267, 2011 U.S. LEXIS 7269.

October 11, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Third District, denied.

Same case below, 409 Ill. App. 3d 1178, 377 Ill. Dec. 758, 2 N.E.3d 674.